IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mikal Bowman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-02309 |
| | § | |
| Antony Blinken, In his official capacity as | § | |
| Secretary of U.S. Department of State, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFF'S UNOPPOSED MOTION REQUESTING PERMISSION FROM THE COURT TO FILE HER MOTION TO STAY PROCEEDINGS UNDER SEAL**

Plaintiff Mikal Bowman ("Bowman") respectfully seeks leave of this Court to file her Unopposed Motion to Stay Proceedings under seal pursuant to the local rules of this Court. In support of this motion Bowman states as follows:

The contents of the Unopposed Motion to Stay Proceedings ("Motion") contains confidential medical information regarding Bowman, necessitating that it be filed under seal. A copy of said "Motion" will be emailed to the Court concurrently with the e-filing of the present motion.

Pursuant to Local Rule 7.1(D)(1), Plaintiff's Counsel Ashok Bail conferred with Counsel for Defendant Ms. Ariel Wiley who indicated the Defendant does not oppose this motion.

Dated this 22nd day of August 2023.

Respectfully submitted,

/S/ Ashok Bail

_____
Ashok Bail
Attorney for Plaintiff
3120 Southwest Freeway, Suite 450
Houston, TX 77098
Tel. No. (832) 216-6693
Fax. No. (832) 263-0616
E-mail: ashok@baillawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF CONFERENCE**

I certify that on August 22, 2023, and prior to that time as well, and pursuant to Pursuant to Local Rule 7.1(D)(1), I conferred with Ariel Wiley, counsel for Defendant, and she indicate no objection to the relief sought in this motion.

/s/Ashok Bail
Ashok Bail

## **CERTIFICATE OF SERVICE**

I certify that on August 22, 2023, a copy of this document was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

/s/Ashok Bail
Ashok Bail