THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIKAL BOWMAN,<br>    Plaintiff,<br><br>v.<br><br>ANTONY BLINKEN, in his official capacity<br>as Secretary of the U.S. Department of State,<br>    Defendant. | Civil Action No. 4:22-cv-02309<br><br>JURY DEMANDED |

**ASHOK BAIL'S MOTION TO WITHDRAW**

Under S.D. Tex. L.R. 83.2, and Rules 1.15 (a)(2) and 1.15(b)(1), (6), and (7) of the Texas Rules of Professional Conduct, Mr. Ashok Bail respectfully asks this Court to allow him to withdraw from this case.

1. Mr. Bail represents Ms. Mikal Bowman ("Ms. Bowman", "Plaintiff).

2. This motion is based on good cause because Mr. Bail is currently not able to represent Plaintiff because of his current medical conditions. Rule 1.15(a)(2) of the Texas Disciplinary Rules of Professional Conduct, states a lawyer shall withdraw if, "the lawyer's physical, mental, or psychological condition materially impairs the lawyer's fitness to represent the client." As the Court is aware, Mr. Bail's health has already affected the deadlines in this case[1]. Mr. Bail's current medical conditions, that Mr. Bail has previously brought to the Court's attention in this matter, prevent him from continuing to represent Ms. Bowman in this matter.

3. Allowing Mr. Bail to withdraw from this case will not have a material adverse

---

[1] Please see the Court's modified scheduling order filed on January 24, 2025, (Dkt. #36).

effect on the Plaintiff's interests as the Court recently extended all the remaining deadlines in this matter by 120 days. (Dkt. #36). The Court's order granting the extension of all remaining deadlines by 120 days in this matter, should give Plaintiff enough time to engage new counsel and that new counsel has time to familiarize himself/herself with this case so that he/she may continue the discovery process and prosecute Plaintiff's claims. This motion is not sought for delay, but so that justice may be served.

4. Plaintiff objects and does not consent to the withdrawal of Mr. Bail.

5. The Defendant does not oppose the Mr. Bail's request to withdraw.

6. Below are the pending deadlines in this matter per the court's scheduling order.

a. Defendant served interrogatories and requests for production. Mr. Bail is in the process of assisting Plaintiff with her responses to written discovery prior to his withdrawal. There have been no depositions taken in this case. Discovery is still on going.

b. There are no dispositive motions pending.

c. Discovery must be completed by: **July 3, 2025**

d. Dispositive Motions deadline: **August 11, 2025**

e. Joint Pretrial Order is due: **October 13, 2025**

f. Docket Call is set for 1:30 p.m. on: **November 7, 2025**

g. Trial is set for two weeks starting: **November 10, 2025**

7. Mr. Bail delivered a copy of this motion to Plaintiff by email transmission.

Mr. Bail respectfully asks this Court to grant his Motion to Withdraw due Mr. Bail's health and the Court's order extending all remaining deadlines of 120-days will help insure no material adverse effect on the Plaintiff's interests.

Respectfully submitted,

_____/s/ *Ashok Bail*_____
ASHOK BAIL
ATTORNEY-IN-CHARGE
STATE BAR # 24043541

Bail Law Firm, PLLC
3131 Eastside St, Suite 440
Houston, TX 77098
(832) 216-6693
(832) 263-0616 (Fax)
ashok@baillawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that on February 20, 2025, a copy of this document was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

___/s/ Ashok Bail_____
Ashok Bail

## **CERTIFICATE OF CONFERENCE**

I conferred with AUSA Ariel Wiley, counsel for Defendant, and she stated that Defendant do not oppose Mr. Bail's motion to withdraw.

*/s/ Ashok Bail*_____

Ashok Bail

3