United States District Court
Southern District of Texas
**ENTERED**
February 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKAL BOWMAN, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-02309 |
| ANTONY BLINKEN, | § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is Plaintiff's Motion to Withdraw as Counsel. Doc. #37. The Court, having considered the Motion and hearing the arguments of counsel, is of the opinion that the Motion should be GRANTED. Doc. #37.

IT IS THEREFORE ODERED that Ashok Bail be withdrawn as counsel for Plaintiff Mikal Bowman in the above-referenced cause. Plaintiff is permitted forty-five (45) days to retain new counsel. If Plaintiff fails to retain new counsel, this case is subject to be dismissed for want of prosecution.

It is so ORDERED.

FEB 2 5 2025
Date

The Honorable Alfred H. Bennett
United States District Judge